

**NUMBER 13-08-00204-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN THE INTEREST OF Z. H. S., A CHILD

**On Appeal from the 148th District Court
of Nueces County, Texas.**

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion Per Curiam**

Appellant, the Office of the Attorney General of Texas, perfected an appeal from a judgment entered by the 148th District Court of Nueces County, Texas, in cause number 07-4974-E. Appellant has filed a motion to dismiss the appeal on grounds that the mother and custodial parent of Z.H.S., a child, does not want the Attorney General to prosecute this appeal and wishes to terminate the Attorney General's child support services. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's amended motion to dismiss is granted, and the appeal is hereby DISMISSED. No costs are to be assessed. An appellate court may not assess costs against the Office of the Attorney General in a case in which the Attorney General is providing services to establish paternity and support. *See* TEX. FAM. CODE ANN. § 231.211(a)(Vernon 2002). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered
and filed this the 5th day of February, 2009.